UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: FABUS-FOWERS, KAREN B.<br>     Debtor(s) | CASE NO. 08-23490 JPK |

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2. Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3. Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4. Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED: December 2, 2009            By: /s/ Stacia L. Yoon
                                   STACIA L. YOON, TRUSTEE #16933-53
                                   Genetos Retson Yoon & Molina LLP
                                   8585 Broadway, Suite 480
                                   Merrillville, IN 46410
                                   Telephone: (219) 755-0401
                                   bankruptcy@grymlaw.com


**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Kevin M. Schmidt, esclaw@ameritech.net
Regular Mail:
FABUS-FOWERS, KAREN B., 261 HERITAGE DRIVE, DYER, IN 46311
Discover Bank, c/o DFS Services, LLC, P.O. Box 3025, New Albany, OH 43054-3025
Chase Bank USA, N.A., c/o Creditors Bankruptcy Service, P.O. Box 740933, Dallas, TX 75374
Munster Medical Research, c/o Komyatte & Casbon, P.C., 9650 Gordon Drive, Highland, IN 46322

Printed: 11/30/09 08:01 AM

# Claims Distribution Small Checks

Page: 1

Trustee:  Stacia L. Yoon, Chapter 7 Trustee  (340450)

Case:  08-23490  -  FABUS-FOWERS, KAREN B.

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 312240758966 | 106 | 11/30/09 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $2.96 |
| | | 2 | 05/12/09 | 610 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | 591.46 | 591.46 | 1.86 | 1.86 |
| | | 3 | 05/14/09 | 610 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | 197.76 | 197.76 | 0.62 | 0.62 |
| | | 6 | 07/27/09 | 610 | Munster Medical Research<br>c/o Komyatte & Casbon PC<br>9650 Gordon Drive<br>Highland, IN 46322 | 151.66 | 151.66 | 0.48 | 0.48 |

(*) Denotes objection to Amount Filed